# United States District Court

## EASTERN DISTRICT OF NORTH CAROLINA
### SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| BRETT DONALD SULLIVAN,<br>      Plaintiff,<br><br>v.<br><br><br>HUGH A. CANNADY, *Individually and as*<br>*North Carolina State Trooper*, MICHAEL<br>GILCHRIST, *Individually and as Commander*<br>*of the North Carolina Highway Patrol*, ROBERT<br>KILROY, *Individually and as Pender County*<br>*Clerk of Court*, W. ALLEN COBB, JR.,<br>*Individually and as Superior Court Judge for*<br>*Pender County*, JOSEPH BOWMAN,<br>*Individually and as Assistant District Attorney*<br>*for Pender County*, LAVONNE B. CASEY,<br>*Individually and as Magistrate Judge for Pender*<br>*County*, J.H. CORPENING, *Individually and as*<br>*Chief District Court Judge for Pender County*,<br>R. RUSSELL DAVIS, *Individually and as*<br>*District Court Judge for Pender County*,<br>WANDA G. BRYANT, *Individually and as*<br>*North Carolina Court of Appeals Judge*,<br>CHERI BEASLY, *Individually and as*<br>*North Carolina Court of Appeals Judge*,<br>LINDA M. MCGEE, *Individually and as*<br>*North Carolina Court of Appeals Judge*,<br>THE STATE OF NORTH CAROLINA BY AND<br>THROUGH BEVERLY PURDUE, *Individually*<br>*and as Chief Executive Officer for the State of*<br>*North Carolina*, JUDGE JOHN W. SMITH,<br>*Individually and as Director of the Administrative*<br>*Office of the Courts*, and SARAH PARKER,<br>*Individually and as Chief Justice of the North*<br>*Carolina Supreme Court*,<br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **JUDGMENT**<br>**7:12-CV-69-D** |

**Decision by the Court:**

      **IT IS ORDERED AND ADJUDGED** that the Court GRANTS Defendants' Motion to Dismiss [D.E. 3, 10] and DISMISSES Plaintiff's Section 1983 claims. The court DISMISSES Plaintiff's state-law claims WITHOUT PREJUDICE. The Clerk of Court shall close the case.

      **THE ABOVE JUDGMENT WAS ENTERED TODAY**, <u>**OCTOBER 10, 2012**</u> WITH A COPY TO:

Brett Donald Sullivan, Pro Se  (via USPS to P.O. Box 192, Atkinson, NC 28421)
Hal F. Askins (via CM/ECF Electronic Notification)
David J. Adinolfi II (via CM/ECF Electronic Notification)


<u>October 10, 2012</u>                          JULIE A. RICHARDS, Clerk
Date                                      Eastern District of North Carolina


                                           /s/ Debby Sawyer
                                         (By) Deputy Clerk

Raleigh, North Carolina